

# Service of Process Transmittal

01/11/2022
CT Log Number 540863478

| | |
|---|---|
| **TO:** | Marshall Wells<br>QuikTrip Corporation<br>4705 S 129th East Ave<br>Tulsa, OK 74134-7008 |
| **RE:** | **Process Served in Georgia** |
| **FOR:** | QuikTrip Corporation  (Domestic State: OK) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: MIKE NELSON, // To: QuikTrip Corporation |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 22C00151S5 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Lawrenceville, GA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/11/2022 at 14:40 |
| **JURISDICTION SERVED :** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT will retain the current log<br><br>Image SOP<br><br>Email Notification,  Marshall Wells  mwells@quiktrip.com<br><br>Email Notification,  Kristen Snow  ksnow@quiktrip.com<br><br>Email Notification,  Ronald Collins  rcollins@quiktrip.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>289 S. Culver St.<br>Lawrenceville, GA 30046<br>866-331-2303<br>CentralTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of  1 / AS

Exhibit B

Case 1:22-cv-00600-SDG   Document 1-2   Filed 02/11/22   Page 2 of 8

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-00151-S5**
**2/10/2022 4:02 PM**
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| MIKE NELSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 22-C-00151-S5 |
| QUIKTRIP CORPORATION and XYZ ) | |
| CORPORATIONS 1-3, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### **RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY**

Pursuant to Uniform State Court Rule 5.2, the undersigned hereby certifies that on the date shown, Defendant QUIKTRIP CORPORATION, appearing specially and without submitting to the jurisdiction and venue of this Court, served copies of the following pleadings:

1. Defendant's First Continuing Interrogatories to Plaintiff;
2. Defendant's First Request for Production of Documents to Plaintiff;
3. Defendant's First Request for Admissions to Plaintiff;
4. Defendant's Responses to Plaintiff's Request for Admissions

by depositing same in the United States Mail, properly addressed and with sufficient postage affixed thereon, to the following counsel of record:

Jeffrey G. James, Esq.
Randal E. Fry, Esq.
The Fry Law Firm
1720 Peachtree Street, NW
Suite 500
Atlanta, GA 30309

This 10th day of February, 2022.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By: /s/ Sean L. Hynes
    SEAN L. HYNES
    Georgia State Bar No. 381698
    hynes@downeycleveland.com
    Attorneys for QuikTrip Corporation

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Jeffrey G. James, Esq.
Randal E. Fry, Esq.
The Fry Law Firm
1720 Peachtree Street, NW
Suite 500
Atlanta, GA 30309

This 10th day of February, 2022.

                                      **DOWNEY & CLEVELAND, LLP**

                                      By:    /s/ Sean L. Hynes
                                                SEAN L. HYNES
                                                Georgia State Bar No. 381698

4818-3705-7299, v. 2

Case 1:22-cv-00600-SDG   Document 1-2   Filed 02/11/22   Page 5 of 8

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**22-C-00151-S5**
**2/10/2022 4:02 PM**
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| MIKE NELSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 22-C-00151-S5 |
| QUIKTRIP CORPORATION and XYZ ) | |
| CORPORATIONS 1-3, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEMAND FOR TWELVE MEMBER JURY TRIAL

COMES NOW, Defendant QUIKTRIP CORPORATION, appearing specially and without submitting to the jurisdiction and venue of this Court, and demands a trial by a twelve-member jury in the above styled action.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By: /s/ Sean L. Hynes
SEAN L. HYNES
Georgia State Bar No. 381698
hynes@downeycleveland.com
Attorneys for QuikTrip Corporation

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

- 1 -

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Jeffrey G. James, Esq.
Randal E. Fry, Esq.
The Fry Law Firm
1720 Peachtree Street, NW
Suite 500
Atlanta, GA 30309

This 10th day of February, 2022.

DOWNEY & CLEVELAND, LLP

By:   /s/ Sean L. Hynes
          SEAN L. HYNES
          Georgia State Bar No. 381698

4818-3705-7299, v. 2

Case 1:22-cv-00600-SDG   Document 1-2   Filed 02/11/22   Page 7 of 8

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-00151-S5**
**2/10/2022 4:02 PM**
**TIANA P. GARNER, CLERK**

# IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| MIKE NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO. 22-C-00151-S5 |
| QUIKTRIP CORPORATION and XYZ CORPORATIONS 1-3, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT'S NOTICE OF FILING ORIGINAL DISCOVERY

COMES NOW, Defendant QUIKTRIP CORPORATION, appearing specially and without submitting to the jurisdiction and venue of this Court, and files the following Original Discovery with the Clerk of Court:

1.

Defendant's Responses to Plaintiff's First Request for Admissions.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By: /s/ Sean L. Hynes
SEAN L. HYNES
Georgia State Bar No. 381698
hynes@downeycleveland.com
Attorneys for QuikTrip Corporation

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Jeffrey G. James, Esq.
Randal E. Fry, Esq.
The Fry Law Firm
1720 Peachtree Street, NW
Suite 500
Atlanta, GA 30309

This 10th day of February, 2022.

**DOWNEY & CLEVELAND, LLP**

By: /s/ Sean L. Hynes
SEAN L. HYNES
Georgia State Bar No. 381698

4818-3705-7299, v. 2